1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 | MENINA E. PHILLIPS,                                   Case No. CV 11-04210 RS

12 |                  Plaintiff,                **[PROPOSED]** ORDER APPROVING
                                               STIPULATION TO CONTINUE
13 |         vs.                                MEDIATION COMPLETION DATE

14 | MALONEY SECURITY CO.,                      *(Assigned to the Hon. Richard Seeborg)*

15 |                  Defendant.

16

17         Upon reviewing the parties' Stipulation to Extend the Mediation Completion date for at

18 least sixty (60) days in the above-entitled matter, this Court orders as follows:

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

CV 11-04210 RS

BRADLEY & GMELICH

1    Pursuant to the parties' Stipulation and the Court's approval of the same, the Mediation

2    Completion Date in this matter is hereby continued to ___June 4,_____, 2012.

3

4    Dated:    4/2/12 _____    _____

5                                            Hon. Richard Seeborg
                                             Judge, United States District Court

6

7    Respectfully submitted by:

8    Barry A. Bradley, Esq., State Bar No. 125353
       bbradley@bglawyers.com
9    Stephanie A. Rudell, Esq., State Bar No. 247447
       srudell@bglawyers.com
10   BRADLEY & GMELICH
     700 North Brand Boulevard, 10th Floor
11   Glendale, California 91203-1422
     Telephone:    (818) 243-5200
12   Facsimile:    (818) 243-5266

13   Attorneys for Defendant,
     MALONEY SECURITY INCORPORATED
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER APPROVING STIPULATION TO CONTINUE MEDIATION COMPLETION DATE