1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11   MENINA E. PHILLIPS,                 |   Case No. CV 11-04210 RS

12              Plaintiff,               |   [PROPOSED] ORDER APPROVING
                                         |   STIPULATION TO CONTINUE
13        vs.                            |   MEDIATION COMPLETION DATE

14   MALONEY SECURITY CO.,               |   *(Assigned to the Hon. Richard Seeborg)*

15              Defendant.

16

17        Upon reviewing the parties' Stipulation to Extend the Mediation Completion date for at

18   least sixty (60) days in the above-entitled matter, this Court orders as follows:

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

BRADLEY & GMELICH

CV 11-04210 RS
[PROPOSED] ORDER APPROVING STIPULATION TO CONTINUE MEDIATION COMPLETION DATE

1    Pursuant to the parties' Stipulation and the Court's approval of the same, the Mediation

2  Completion Date in this matter is hereby continued to ___June 4,_____, 2012.

3

4  Dated:    4/2/12  _____         _____
                                              Hon. Richard Seeborg
5                                             Judge, United States District Court

6

7  Respectfully submitted by:

8  Barry A. Bradley, Esq., State Bar No. 125353
      bbradley@bglawyers.com
9  Stephanie A. Rudell, Esq., State Bar No. 247447
      srudell@bglawyers.com
10 BRADLEY & GMELICH
   700 North Brand Boulevard, 10th Floor
11 Glendale, California 91203-1422
   Telephone:    (818) 243-5200
12 Facsimile:    (818) 243-5266

13 Attorneys for Defendant,
   MALONEY SECURITY INCORPORATED
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2                           CV 11-04210 RS
[PROPOSED] ORDER APPROVING STIPULATION TO CONTINUE MEDIATION COMPLETION DATE