1   Barry A. Bradley, Esq., State Bar No. 125353
    *bbradley@bglawyers.com*
2   BRADLEY & GMELICH
    700 North Brand Boulevard, 10th Floor
3   Glendale, California 91203-1422
    Telephone:    (818) 243-5200
4   Facsimile:    (818) 243-5266

5   Attorneys for Defendant,
    MALONEY SECURITY INCORPORATED

6

7

8                   UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11   MENINA E. PHILLIPS,            Case No. CV 11-04210 RS

12           Plaintiff,           ~~[PROPOSED]~~

13         vs.                 ORDER OF DISMISSAL

14   MALONEY SECURITY CO.,      *(Assigned to the Hon. Richard Seeborg)*

15          Defendant.

16

17                        **ORDER**

18         Pursuant to the Parties' Joint Stipulation For Dismissal, the Court makes the following

19   Order:

20         1.    That, pursuant to *Federal Rule of Civil Procedure*, Rule 41(a)(1), the above-

21   captioned action be dismissed in its entirety, with prejudice.

22

23   DATED:  5/23/12

24                      RICHARD SEEBORG
                   U.S. District Court Judge

25

26

27

28