Barry A. Bradley, Esq., State Bar No. 125353
  bbradley@bglawyers.com
BRADLEY & GMELICH
700 North Brand Boulevard, 10th Floor
Glendale, California 91203-1422
Telephone:  (818) 243-5200
Facsimile:  (818) 243-5266

Attorneys for Defendant,
MALONEY SECURITY INCORPORATED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MENINA E. PHILLIPS,<br><br>     Plaintiff,<br><br>vs.<br><br>MALONEY SECURITY CO.,<br><br>     Defendant. | Case No. CV 11-04210 RS<br><br>[PROPOSED]<br><br>**ORDER OF DISMISSAL**<br><br>*(Assigned to the Hon. Richard Seeborg)* |

### ORDER

Pursuant to the Parties' Joint Stipulation For Dismissal, the Court makes the following Order:

   1.   That, pursuant to *Federal Rule of Civil Procedure*, Rule 41(a)(1), the above-captioned action be dismissed in its entirety, with prejudice.

DATED: 5/23/12

_____
RICHARD SEEBORG
U.S. District Court Judge